# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: HILDA KILIJIAN IRREVOCABLE TRUST | : No. 65 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: LYNNE BOGHOSSIAN | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.